**Order entered April 9, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01197-CR

**JOSE JOFFRE CORREA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M09-57654**

## ORDER

In his appeal, appellant complains that the trial court's order that he pay court costs must be deleted because the record does not contain a bill of costs. The Clerk of the County Criminal Courts of Dallas County filed a supplemental record containing a detailed itemization of costs, but it does not comply with the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 103.001, 103.006 (West 2006).

Accordingly, we **ORDER** the Clerk to file, within seven days of the date of this order, a second supplemental record that contains a detailed itemization of the costs assessed in this case that complies with article 103.001 and 103.006 of the Texas Code of Criminal Procedure. *See id*. art. 103.001 ("A cost is not payable by the person charged with the cost until a written bill is

produced or is ready to be produced, containing the items of cost, signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost."); 103.006 ("if a criminal action or proceeding . . . is appealed, an officer of the court shall certify and sign a bill of costs that have accrued and send the bill to the court in which the action or proceeding . . . is appealed.").

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE